# Exhibit A

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 4 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**

 We The People

| | |
|---|---|
| **Word Mark** | WE THE PEOPLE |
| **Goods and Services** | IC 042. US 100 101. G & S: paralegal and computerized legal document preparation services. FIRST USE: 19870300. FIRST USE IN COMMERCE: 19870300 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile<br>02.07.01 - Groups, males<br>22.03.01 - Liberty Bell or bells with cracks |
| **Serial Number** | 75152699 |
| **Filing Date** | August 19, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 8, 1997 |
| **Registration Number** | 2075797 |
| **Registration Date** | July 1, 1997 |
| **Owner** | (REGISTRANT) **We The People** Forms & Service Centers USA, Inc. CORPORATION CALIFORNIA |

Exhibit A, Page 19

1501 STATE STREET Santa Barbara CALIFORNIA 93101

(LAST LISTED OWNER) WTP IP HOLDINGS, LLC LIMITED LIABILITY COMPANY DELAWARE C/O **WE THE PEOPLE** OF NY 219 WEST 14TH STREET NEW YORK NEW YORK 10011

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20061103. |
| **Renewal** | 1ST RENEWAL 20061103 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Exhibit A, Page 20

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 3 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WE THE PEOPLE DOCUMENT PREPARATION SERVICES |
| **Goods and Services** | IC 045. US 100 101. G & S: Paralegal services. FIRST USE: 20050101. FIRST USE IN COMMERCE: 20050101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile<br>04.07.02 - Objects forming a person; Person formed by objects<br>22.03.01 - Liberty Bell or bells with cracks<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | ART-22.03 Bells<br>GROT-HUM Exaggerated depiction of a human<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77418286 |
| **Filing Date** | March 11, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 28, 2008 |
| **Registration** | 3560049 |

| | |
|---|---|
| Number | |
| Registration Date | January 13, 2009 |
| Owner | (REGISTRANT) **WE THE PEOPLE** USA, INC. CORPORATION DELAWARE SUITE 300 1436 LANCASTER BOULEVARD BERWYN PENNSYLVANIA 193121288<br><br>(LAST LISTED OWNER) WTP IP HOLDINGS, LLC LIMITED LIABILITY COMPANY DELAWARE C/O **WE THE PEOPLE** OF NY 219 WEST 14TH STREET NEW YORK NEW YORK 10011 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Hilary B. Miller, Esq. |
| Prior Registrations | 2075797 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DOCUMENT PREPARATION SERVICES" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists in part of a liberty bell design containing silhouetted faces. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A, Page 22

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 10 03:21:02 EDT 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   **( Use the "Back" button of the Internet Browser to return to TESS)**

## We The People Tax Preparation Services

| | |
|---|---|
| **Word Mark** | WE THE PEOPLE TAX PREPARATION SERVICES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Tax preparation. FIRST USE: 20111115. FIRST USE IN COMMERCE: 20111115 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85491539 |
| **Filing Date** | December 9, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 3, 2012 |
| **Registration Number** | 4161415 |
| **Registration Date** | June 19, 2012 |
| **Owner** | (REGISTRANT) WTP IP HOLDINGS, LLC LIMITED LIABILITY COMPANY DELAWARE 113 BARKSDALE PROFESSIONAL CENTER NEWARK DELAWARE 19711 |
| **Prior Registrations** | 2075797;3560049 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TAX PREPARATION SERVICES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Exhibit A, Page 23

| Live/Dead Indicator | LIVE |
|---|---|

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |